**958**

PAULA R. BERGER et al., Appellants, v. JEFFERSON DEMOCRATIC CLUB OF THE SIXTH ASSEMBLY DISTRICT, NEW YORK COUNTY, INC., et al., Respondents.— No opinion. Concur—Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.

In the Matter of HERMAN SCHEIDLINGER, Appellant, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— No opinion. Concur—Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.

In the Matter of JOHN F. BRENNAN et al., Appellants, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— No opinion. Concur—Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.

In the Matter of JOHN P. GRADY, Appellant, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— No opinion. Concur—Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.

(September 15, 1955.)

ALBERT GUTWIRTH v. CAREWELL TRADING CORPORATION et al.— Concur—Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.

(September 20, 1955.)

In the Matter of the Arbitration between MICHAEL SACKMAN, as Treasurer of Restaurant, Luncheonette and Soft Drink Employees Union, Local 1115, Respondent, and SUBURBAN-IN-HEWLETT, INC., Appellant.— Concur—Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.